AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00276 |
| Ezekiel Kurt Stecher (AKA: Zeke Stecher) | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 3/4/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) __Ezekiel Kurt Stecher__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 231(a)(3) and 2- Civil Disorder;
18 U.S.C. § 111 (a)(1) - Assault on a Federal Officer ;
18 U.S.C. § 1752(a)(1),(2),(3,), and (4) -   Knowingly Entering or Remaining in a physical violence against any person or property in any restricted building or grounds;
40 U.S.C. § 5104(e)(2)(D)(E) and (F) - Violent Entry or Disorderly Conduct, obstruct, or impede passage, and engage in physical violence on Capitol Grounds ;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

Date: __03/04/2021__

Issuing officer's signature: 2021.03.04 16:23:13 -05'00'

City and state:   __Washington, D.C.__   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) __03/04/2021__, and the person was arrested on (date) __03/09/2021__
at (city and state) __Mantua Twp, NJ__.

Date: __03/19/2021__

Arresting officer's signature: *Nicole Canales*

Nicole Canales Special Agent
*Printed name and title*