# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-CR-720 (TFH)** |
| | : | |
| **v.** | : | |
| | : | |
| **EZEKIEL KURT STECHER,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONTINUE STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia and counsel for defendant Stecher submit this Joint Motion to Continue Status Hearing in the above captioned matter currently scheduled for Tuesday July 19, 2022. The parties are seeking a continuance of the status hearing because the parties are in the final stages of non-trial disposition discussions and need further time to complete those discussions. Accordingly, the parties are requesting a 30 - 45 day continuance of this matter.

The defendant waives and agrees that the Speedy Trial Clock is tolled from July 19, 2022, until the next date in the matter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   /s/ Emory V. Cole
Emory V. Cole
PA. Bar #49136
Assistant United States Attorney
United States Attorney's Office for D.C.
601 D Street, N.W.
Washington, D.C. 20530
E-mail: Emory.Cole@usdoj.gov
Telephone: (202) 252-7692