IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | |
| | * | Case No.: 21-cr-720 TFH |
| **EZEKIEL KURT STECHER** | * | |
| | * | |
| Defendant | * | |

## CONSENT MOTION FOR CONTINUANCE AND EXCLUSION OF TIME FROM CALCULATION UNDER THE SPEEDY TRIAL ACT

COMES NOW, the Defendant Ezekiel Kurt Stecher, by and through counsel, Michael E. Lawlor and Nicholas G. Madiou and, Brennan, McKenna, & Lawlor, Chtd., and hereby moves this Honorable Court to continue the status conference currently scheduled for Tuesday, August 30, 2022 at 2:00 p.m., and exclude certain time from the Speedy Trial Act calculation in this case. In support of this Motion, counsel states the following:

1. Per prior Order of the Court, Mr. Stecher is scheduled to appear before this Honorable Court on Tuesday, August 30, 2022 at 2:00 p.m. for a status conference.

2. For the following reasons, undersigned counsel respectfully asks for a 30-day continuance of the status conference, and the exclusion of that time for Speedy Trial purposes, for the following reasons.

    a. The Government has extended a written plea offer in this case. Undersigned counsel seeks a 30-day continuance of the scheduled status conference to meet with Mr. Stecher and review the plea offer in this case with him.

3. Undersigned counsel has discussed this request with Mr. Stecher, and is authorized to state that he is in agreement with the instant request, and consents to the exclusion of time under the Speedy Trial Act.

4. Undersigned counsel has also contacted Assistant United States Attorney Emory Vaughan Cole, and is authorized to state that the United States <u>consents</u> to the relief sought in this motion.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court continue the current status conference date for a period of 30 days, and exclude that time from the Speedy Trial calculation in this case.

                                                  Respectfully submitted,

                                                  /s/
                                                _____
                                                Michael E. Lawlor
                                                Nicholas G. Madiou
                                                Brennan, McKenna & Lawlor, Chtd.
                                                6305 Ivy Lane, Suite 700
                                                Greenbelt, Maryland 20770
                                                301.474.0044
                                                mlawlor@verizon.net
                                                nmadiou@brennanmckenna.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2022, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

/s/
_____
Michael E. Lawlor