# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | **Case No. 21-cr-720-RDM** |
| | * | |
| **EZEKIEL STECHER** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

**COME NOW** the Defendant, Ezekiel Stecher, by and through his attorney, Michael E. Lawlor, Brennan, McKenna & Lawlor, Chtd., and the United States, by Emory V. Cole, Assistant United States Attorney, and respectfully file this Joint Status Report:

The government has extended a plea offer to Mr. Stecher. The parties anticipate that within two weeks, Mr. Lawlor will meet with Mr. Stecher in person and a plea agreement will be signed. At that time, the parties will contact the Court to schedule a Rule 11 proceeding.[1]

S/_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland  20770
(301) 474-0044

---

[1] This Status Report was due to be filed on February 24, 2023.  Its tardiness is the fault of the defense and not of Mr. Cole.   Undersigned apologizes for the lateness of the filing.

1

                S/_____
                Emory V. Cole
                Assistant United States Attorney