IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| **vs.** * | |
| * | **Case No.: 21-cr-720-RDM** |
| **EZEKIEL KURT STECHER** * | |
| * | |
| **Defendant** * | |

## JOINT STATUS REPORT

COMES NOW, the Defendant, Ezekiel Kurt Stecher, by and through counsel Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., and the United States, by Emory V. Cole, Assistant United States Attorney, and respectfully file this Joint Status Report:

1. The parties are still in the process of plea negotiations and are requesting an additional 30 days to finalize a plea.

2. Mr. Stecher consents to the tolling of the speedy trial clock for an additional 30 days. At that time, the parties will contact the Court to schedule a Rule 11 proceeding.

2

>Respectfully submitted,

>/s/
>_____
>Michael E. Lawlor
>Brennan, McKenna & Lawlor, Chtd.
>6305 Ivy Lane, Suite 700
>Greenbelt, Maryland  20770
>301.474.0044
>mlawlor@verizon.net.com


>/s/
>_____
>Emory V. Cole
>Assistant United States Attorney