**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| | \* |
| vs. | \* |
| | \*   **Case No.: 21-cr-720 TFH** |
| **EZEKIEL KURT STECHER** | \* |
| | \* |
| **Defendant** | \* |

**SUPPLEMENTAL LINE CONSENTING TO THE EXCLUSION OF TIME**
**UNDER THE SPEEDY TRIAL ACT**

COMES NOW the Defendant, Ezekiel Kurt Stecher, by and through his attorney, Michael E. Lawlor, and Nicholas G. Madiou, Brennan, McKenna & Lawlor, Chtd., and respectfully files this line consenting to the exclusion of time under the speedy trial act. In support of this notice, counsel state the following:

1. A joint status was previously filed in the above referenced matter requesting additional time to finalize plea negotiations.

2. Undersigned counsel discussed this request with Mr. Stecher, and is authorized to state that he consents to the retroactive exclusion of time under the Speedy Trial Act from February 24, 2023 to April 18, 2023, as well as, the exclusion of time from April 18, 2023 through May 18, 2023.

Respectfully submitted,

/s/

_____

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on this day, May 1, 2023, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

/s/

_____

Michael E. Lawlor