UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-CR-720 (RDM) |
| v. | : | |
| EZEKIEL KURT STECHER, | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia and counsel for defendant Stecher submit this Joint Status Report to the Court in the above captioned matter. *The parties have reached a non-trial disposition of this matter and respectfully request that this Court schedule a Plea Hearing in 30 days or whatever date is consistent with the Court's calendar.*

Therefore, the parties agree that it is in the interest of justice to continue this matter for a Plea Hearing, and thus request an exclusion of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   /s/ Emory V. Cole
Emory V. Cole
PA. Bar #49136
Assistant United States Attorney
United States Attorney's Office for D.C.
601 D Street, N.W.
Washington, D.C. 20530
E-mail: Emory.Cole@usdoj.gov
Telephone: (202) 252-7692