IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | | Case No: 21-CR-720 (RDM) |
| : | | |
| v. : | | 18 U.S.C. § 231(a)(3) – |
| : | | Civil Disorder |
| **EZEKIEL KURT STECHER,** : | | |
| : | | |
| Defendant. : | | |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Ezekiel Kurt Stecher, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

1

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd

encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### EZEKIEL KURT STECHER's Participation in the January 6, 2021, Capitol Riot

8. On January 6, 2021, sometime after 3:00 p.m. EST, STECHER entered the exterior of Lower West Terrace Tunnel door of the U.S. Capitol building. STECHER admits that he forcefully pushed the crowd forward, toward the Washington D.C. Metropolitan Police Department (MPD) riot line and into the doors of the U.S. Capitol.

9. During this time, STECHER also admits that he yelled and push again and again at the officers who were protecting the Capitol doors and that he along with the other rioters were pushing forward toward the officers who were attempting to stop STECHER and the others from illegally entering the Capitol.

10. To prevent STECHER and the other rioters from illegally entering the Capitol, STECHER and the other rioters were sprayed with a chemical irritant by the officers to disperse from the area.

11. Members of the crowd outside the doors chanted "our house!" "stop the steal!" Specifically, when other rioters and STECHER were inside the Lower West Tunnel of the Capitol they began to attempt to push their way inside the building. Other individuals fought police in the doorway, trying to push and pull the officers out of the way to clear a path for rioters to enter the Capitol.

12. STECHER admits to exiting the Lower West Tunnel and then returning to the Lower West Tunnel. STECHER stated that because he got "caught up in it" with the other rioters and again forcefully pushed toward the Officers until he was sprayed by the officers with an eye irritant.

13. STECHER knew at the time he entered the Lower West Terrace Tunnel of the U.S. Capitol Building that he did not have permission to enter the building or to be on the grounds of the U.S. Capitol.

### *Elements of the Offense*

14. STECHER knowingly and voluntarily admits to all the elements of Civil Disorder in violation of 18 U.S.C. § 231. Specifically, STECHER admits that he committed, or attempted to commit, any act to obstruct, impede, or interfere with any law enforcement officers engaged in the lawful performance of his official duties, incident to, and during the commission of a civil

disorder, and that the civil disorder obstructed, delayed, or adversely affected commerce or the performance of any federally protected function.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar No. 481052

By:   *Emory V. Cole*
        Emory V. Cole
        Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Ezekiel Kurt Stecher, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 6/9/23

Ezekiel Kurt Stecher
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 6/9/23

Michael E. Lawlor
Nicholas George Madiou
Attorneys for Defendant