UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 21-CR-720 (RDM) |
| | : | |
| **v.** | : | |
| | : | |
| **EZEKIEL KURT STECHER,** | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and unopposed by and through counsel for the defendant, respectfully submit this Unopposed Motion to Continue the Sentencing Hearing for approximately 60 days in the above captioned matter currently scheduled for Wednesday, September 7, 2023. In support of this motion, the government relies on the following points and authorities and any other such points and authorities as may be raised at any hearing on this matter.

1) The Court previously set the sentencing hearing in this matter for September 7, 2023, at 11:00 a.m.

2) Because the government requests additional time to complete the necessary sentencing paperwork, the government, and unopposed by counsel for the defendant, requests that the sentencing hearing be continued for approximately 60 days or whatever date is consistent with the Court's calendar.

3) If granted, the parties will reach out to the Court's courtroom deputy to obtain the available date(s) for the Court and parties. In addition, the parties will file their respective sentencing memorandum on or before one week prior to the next sentencing hearing.

4) Undersigned counsel for the government can represent that counsel for the defendant does not oppose this motion and further advise the Court that the defendant agrees that the Speedy Trial Clock, pursuant to the Speedy Trial Act 18 U.S. Code § 3161, should be tolled until the next sentencing hearing in this matter.

6) Wherefore, the government, and unopposed by counsel for the defendant, requests that the sentencing hearing be continued for approximately 60 days or whatever date is consistent with the Court's calendar.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   /s/ Emory V. Cole
Emory V. Cole
PA. Bar #49136
Assistant United States Attorney
United States Attorney's Office for D.C.
601 D Street, N.W.
Washington, D.C. 20530
E-mail: Emory.Cole@usdoj.gov
Telephone: (202) 252-7692