# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-CR-720 (RDM)** |
| **v.** | : | |
| **EZEKIEL KURT STECHER,** | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia and counsel for defendant Stecher submit this Joint Status Report to the Court's Minute Order regarding the above-captioned matter.

On August 24, 2023, the Court issued the following Minute Order, *inter alia*, stating: " . . . upon consideration of the parties' joint request to toll time under the Speedy Trial Act, the parties are hereby ORDERED to file a joint status report on or before August 25, 2023, indicating whether their request was simply a mistake or why tolling is appropriate in this case notwithstanding the guilty plea entered and accepted on June 16, 2023."

The parties can represent that the inclusion of the tolling request under the Speedy Trial Act in the Unopposed Motion to Continue the Sentencing Hearing (ECF# 52) was in error.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   /s/ Emory V. Cole
Emory V. Cole
PA. Bar #49136
Assistant United States Attorney
United States Attorney's Office for D.C.
601 D Street, N.W.
Washington, D.C. 20530
E-mail: Emory.Cole@usdoj.gov
Telephone: (202) 252-7692