IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Case No. 21-cr-720-RDM |
| EZEKIEL KURT STECHER | * | |
| | * | |
| Defendant. | * | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, Ezekiel Stecher, by and through counsel, Michael E. Lawlor, Nicholas G. Madiou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Continue Sentencing. In support of this Motion, counsel state as follows.

1.  On June 16, 2023, Mr. Stecher appeared before the Court and pled guilty to Count One of the Indictment filed against him. (Plea Agreement, ECF No. 47; Statement of Offense, ECF No. 48; Waiver of Trial by Jury, ECF No. 49.) Sentencing is currently scheduled for November 27, 2023 at 11:00 a.m. (8/24/2023 Minute Order.) At this time, Mr. Stecher respectfully requests that this Court continue the sentencing hearing to a date in January 2024 convenient for the Court and the parties. Mr. Stecher also requests that this Court extend the deadlines for the filing of sentencing submissions in accordance with the new sentencing date.

2.  On November 27, 2023, the current sentencing date in this case, the undersigned counsel will begin a jury trial in the United States District Court for the

1

District of Maryland. *See United States v. Nijea Rich*, No. TDC-22-180 (D. Md.). The trial in that case is scheduled for five days. Due to the time required to prepare for that trial and for an upcoming evidentiary hearing on a petition for post-conviction relief in the Circuit Court for Baltimore City, the undersigned counsel require additional time to prepare the sentencing memorandum in Mr. Stecher's case.

3. This Motion is unopposed. The undersigned counsel have conferred with Assistant United States Attorney Emory V. Cole, who has indicated that the Government does not oppose the requested continuance of the sentencing hearing. Government counsel has also indicated that the Government does not oppose the requested extension of the deadlines for filing sentencing submissions.

4. Given counsel's trial calendar, the undersigned counsel respectfully request that the Court's courtroom deputy clerk clear a new sentencing date with the parties.

5. Accordingly, Mr. Stecher respectfully requests that this Honorable Court continue the sentencing hearing to a date in January 2024 convenient for the Court and the parties. Mr. Stecher also requests that the Court extend the deadlines for the filing of sentencing submissions in accordance with the new sentencing date.

Respectfully submitted,

/s/

_____

Michael E. Lawlor
Nicholas G, Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/

_____

Michael E. Lawlor