IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 21-cr-720-RDM |
| EZEKIEL KURT STECHER | * |
| | * |
| Defendant. | * |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING SENTENCING MEMORANDUM**

The Defendant, Ezekiel Kurt Stecher, by and through counsel, Michael E. Lawlor and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Extend Deadline for Filing Sentencing Memorandum. In support of this Motion, counsel states as follows.

1. On June 16, 2023, Mr. Stecher appeared before the Court and pled guilty to Count One of the Indictment filed against him. (Plea Agreement, ECF No. 47; Statement of Offense, ECF No. 48; Waiver of Trial by Jury, ECF No. 49.) Sentencing is currently scheduled for January 3, 2024. On December 15, 2023, the Government filed its sentencing memorandum. (ECF No. 57.)

2. By Order of this Court, Mr. Stecher is due to file his sentencing memorandum on or before December 22, 2023. At this time, Mr. Stecher respectfully requests that this Court extend the deadline for the filing of the sentencing memorandum through December 27, 2023. The undersigned counsel is

1

diligently working on completing the sentencing memorandum in this case. However, given the press of other deadlines, including the deadline for filing a brief in the Appellate Court of Maryland, and in light of the holiday season, the undersigned requires a modest extension of the deadline by which to file the sentencing memorandum in this case.

    3.    This Motion is unopposed. The undersigned counsel has conferred with Assistant United States Attorney Emory V. Cole, who has indicated that the Government does not oppose the requested extension.

    4.    Accordingly, Mr. Stecher respectfully requests that this Honorable Court extend the deadline for the filing of the defense sentencing memorandum through Wednesday, December 27, 2023.

Respectfully submitted,

/s/

December 21, 2023

_____

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor