# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  v.<br><br>**EZEKIEL KURT STECHER,**<br><br>  **Defendant.** | **Case No: 21-CR-720 (RDM)** |

## GOVERNMENT'S UPDATE TO THE COURT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia hereby submit this update to the Court regarding the above-mentioned matter and consistent with the Court directive for the government to state its position on the timing of when the defendant should self-surrender to a U.S. Bureau of Prison facility to begin the defendant's Court Ordered term of incarceration.

After conferring with the undersigned counsel for the government's supervisors, the government states the following: the government respectfully objects to the defendant's request to self-surrender sometime in October 2024. More broadly, the government avers that it and the public have an interest in a speedy and reasonable final resolution of this matter; furthermore, the government's objection rest on many factors – one of which is there are many defendants who have been convicted in this court who have business interests and work related matters which are interrupted by terms of incarceration and are swiftly and in a reasonable time frame sent to prison to begin their term of incarceration -  to do otherwise in this case, the government avers, would set a poor precedent in granting the defendant's request. Simply stated, however, the government believes the Court has the authority to use its discretion and set whatever date the Court wishes for the defendant to self-surrender in this matter.

**WHEREFORE**, the government submits this update to the Court.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney

By:   */s/ Matthew Beckwith*
       Matthew Beckwith
       Assistant United States Attorney
       New York Bar No. 90014452
       Emory V. Cole
       Assistant United States Attorney
       PA. Bar Number 49136
       United States Attorney's Office
       For the District of Columbia
       601 D Street, NW 20530
       Matthew.Beckwith@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that, this 10th day of January 2024, a copy of the foregoing request was served by e-mail on counsel for the defendant.

>*/s/ Matthew Beckwith*
>Matthew Beckwith
>Assistant United States Attorney